# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MCGARRY,<br><br>  Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>  Defendant. | Case No. 2:24-cv-01931-JAD-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is the parties' stipulation to extend the briefing schedule for Plaintiff's motion to amend complaint. Docket No. 14. The stipulation fails to comply with the Local Rules. Specifically, a motion or stipulation to extend any date must be supported by a showing of good cause for the extension. *See* Local Rule 26-3. Further, a signature block for the Court to approve the relief sought must appear on the same page as the last text of the stipulation. *See* Local Rule IA 6-2.

Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 14.

IT IS SO ORDERED.

Dated: November 20, 2024

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1