STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
ksmith@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Home Depot U.S.A., Inc.*
 *dba The Home Depot*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS MCGARRY, | CASE NO.   2:24-cv-01931-JAD-NJK |
| Plaintiff, | |
| vs. | |
| HOME DEPOT U.S.A., INC. dba THE HOME DEPOT, a Foreign Corporation; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | **STIPULATION AND ORDER REGARDING BRIEFING** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that any opposition or response to Plaintiff's Motion to Amend Complaint to Add M&D Group, LLC as a Defendant [ECF No. 9] shall be due on November 27, 2024; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that any reply brief shall be due on December 6, 2024.

…

…

…

…

…

1

1    This request for an extension is sought because Defendant's counsel requested

2    documents from his client which may impact either the viability of an opposition or whether

3    there are other legal considerations which may impact issues to raise in responding to the

4    motion.  As those documents are coming from the corporate office and require some time to

5    locate and determine the documents which may be necessary or which may be germane to this

6    motion, it caused a delay in the ability to respond to the motion.  The Defendant requires

7    additional time to assess the documents and their provisions relative to the relief sought.

8

9    **HALL JAFFE**                                       **PACIFIC WEST INJURY LAW**

10   By: */s/ Steven T. Jaffe*                            By: */s/ Kristopher M. Helmick*
     STEVEN T. JAFFE, ESQ.                                KRISTOPHER M. HELMICK, ESQ.
     Nevada Bar No.                                       Nevada Bar No. 13348
11   KEVIN S. SMITH, ESQ.                                 KIRILL V. MIKHAYLOV, ESQ.
     Nevada Bar No. 7184                                  Nevada Bar No. 13538
12   7425 Peak Drive                                      8180 Rafael Rivera Way #200
     Las Vegas, Nevada 89128                              Las Vegas, NV 89113
13   *Attorneys for Defendant*                            *Attorneys for Plaintiff*

14

15

16
                                         **ORDER**
17
        **IT IS SO ORDERED.**
18
        DATE:___November 22, 2024_____
19

20

21
                              _____
22                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2